**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

YULISSA SOSA ABREAU                    CIVIL ACTION NO. 26-1445

VERSUS                                 JUDGE S. MAURICE HICKS, JR.

TODD BLANCHE, ET AL.                   MAGISTRATE JUDGE LEBLANC

**MEMORANDUM ORDER**

Before the Court is a Petition for Writ of Habeas Corpus (Record Document 1) filed by Petitioner Yulissa Sosa Abreau ("Petitioner").  She challenged her immigration detention and sought release from custody.  See id.  On June 11, 2026, Respondents filed a Suggestion of Mootness informing the Court that Petitioner has departed the United States pursuant to a grant of voluntary departure.  See Record Document 13.  Because Petitioner has been removed and is no longer in ICE custody, her habeas petition is now **MOOT**.  See, e.g., Oguntuyi v. Manuel, No. 2:24-CV-1069, 2025 WL 2399184, at *2 (W.D. La. July 21, 2025), report and recommendation adopted, No. 2:24-CV-1069, 2025 WL 2398645 (W.D. La. Aug. 18, 2025) ("Here, Petitioner challenged the lawfulness of his continued detention.  Because Petitioner is no longer detained and has been removed from the United States, the § 2241 petition is moot."); Francis v. Lynch, 622 F. App'x 455, 455-56 (5th Cir. 2015) (challenge to length of detention awaiting removal became moot when the petitioner was removed); Odus v. Ashcroft, 61 F. App'x 121 (5th Cir. 2003) (same).

Accordingly,

**IT IS ORDERED** that Petitioner's Habeas Petition (Record Document 1) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 13th day of July, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE